```
               UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

DERRICK RANDLE                                              PLAINTIFF

VS.                                 CIVIL ACTION NO. 3:14CV235TSL-JCG

DUANE MONTGOMERY, ET AL.                                   DEFENDANTS

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge John C. Gargiulo entered on April 24, 2015, recommending that plaintiff's complaint be dismissed for failure to prosecute. Plaintiff Derrick Randle has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the motions are well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate John C. Gargiulo entered on April 24, 2015, be, and the same is hereby, adopted as the finding of this court, such that the complaint is dismissed with prejudice for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 19th day of May, 2015.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE